## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  
Probation Officer: Caryl Ricca  

Date: June 7, 2010

Criminal Action No. 09-cr-00302-MSK

*Parties*:

*Counsel*:

UNITED STATES OF AMERICA,

Robert Brown

      Plaintiff,

v.

RICHARD PHIL FUTCH,

Robert Pepin

      Defendant.

---

### SENTENCING MINUTES
---

**10:10 m.**    **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on March 29, 2010. Defendant pled guilty to Counts 1 and 4 of the Superseding Indictment.** The Court deferred acceptance of defendant's plea until time of sentencing.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (Doc. #43). Argument by Mr. Pepin. The Government has no objection.

Allocution. - Statements made by: The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's plea is accepted defendant is adjudged guilty as charged in **Count 1 and 4 of the Superseding Indictment.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #43**) is **GRANTED** as to the period of incarceration.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:39 a.m.** **Court in recess.**

Total Time: 29 minutes.
Hearing concluded.